IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 05-30144-GPM |
| | ) |
| JOANN HATEN, ANNETTE R. LOVING, | ) |
| and LAMONT BRADLEY, | ) |
| | ) |
| Defendants. | ) |

# ORDER

**MURPHY, Chief District Judge:**

The indictment in this case charges that the defendants knowingly and intentionally distributed and possessed with intent to distribute 500 *kilograms* or more of a mixture or substance containing a detectable amount of cocaine. This error occurs in Count 2 (Lamont M. Bradley), Count 3 (Annette R. Loving), and Count 4 (Joann Haten). The parties have proceeded as if the reference to kilograms is a scrivener's error; in other words, each defendant has admitted to knowingly and intentionally distributing and possessing with intent to distribute 500 *grams* or more of a mixture or substance containing a detectable amount of cocaine and pleaded guilty to this lesser included offense.

Upon motion of the United States, the scrivener's error is hereby corrected to delete "kilograms" from Counts 2, 3, and 4 of the indictment and replace with the word "grams." The Court further orders that this Order shall be appended to the errant indictment.

**IT IS SO ORDERED.**

DATED: 3/6/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge