IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 05-30144-GPM |
| | ) | |
| JOANN HATEN, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
MAR 0 6 2006
G. PATRICK MURPHY
SOUTHERN DISTRICT JUDGE
EAST ST. DISTRICT OF ILLINOIS
LOUIS, ILLINOIS

## ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P 32.2 WITH RESPECT TO PROCEEDS OF $1,000,000.00

**MURPHY, Chief District Judge:**

In Count 6 of the Indictment filed in the above cause on September 20, 2005, the United States sought forfeiture of property of Defendant, Joann Haten, pursuant to 21 U.S.C. § 853. The Court, upon consideration of the guilty plea received in this matter, hereby finds by preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property which Defendant admits constitutes proceeds of the offense to which Defendant is pleading guilty:

### CASH PROCEEDS

One million dollars ($1,000,000.00) in United States currency, in that such sum in aggregate was obtained directly or indirectly as a result of the conspiracy to distribute and possess with intent to distribute cocaine.

A forfeiture judgment is entered in favor of the United States and against defendant Joann Haten in the amount of $1,000,000.00. Said judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery is not obtained by the government.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct an ancillary hearing.

Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is hereby decreed to be final with respect to the defendant Joann Haten and is hereby made a part of her sentence and shall be included in the Judgment entered against her in this case.

IT IS SO ORDERED.

Dated: 3/6/06

G. Patrick Murphy
Chief United States District Judge